IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>EZRA TIMOTHY HOYT and HEATHER HOYT COOPER,<br><br>    Defendants.<br>_____/ | No. C 11-3650 CW<br><br>ORDER REGARDING DEFENDANT EZRA TIMOTHY HOYT'S NOVEMBER 23, 2011 LETTER |

    On November 23, 2011, Defendant Ezra Timothy Hoyt submitted a letter to the Court stating his desire to relinquish his claim to the $58,000 life insurance benefit that is at issue in this case. Mr. Hoyt's letter, as well as Plaintiff's November 1, 2011 case management statement, indicate that Mr. Hoyt is currently residing in Napa State Hospital. Plaintiff has also informed the Court that Mr. Hoyt has been appointed a conservator in a Sonoma County Superior Court proceeding, SPR-82694, and an attorney in the criminal case against him, SCR-509891, also brought in Sonoma County.

Within thirty days from the date of this order, the conservator, Mr. Hoyt's attorney, Napa State Hospital legal staff and Plaintiff may submit letters to the Court explaining their position as to Mr. Hoyt's waiver of his claim to the insurance benefit.  Defendant Heather Hoyt Cooper may also submit a letter within thirty days from the date of this order.  The Clerk shall mail a copy of this order and Mr. Hoyt's letter to Mr. Hoyt's court-appointed conservator, his court-appointed counsel, the Napa State Hospital legal staff and Ms. Cooper.

IT IS SO ORDERED.

Dated: 12/9/2011

CLAUDIA WILKEN
United States District Judge

2